## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIRAGE WINE + SPIRIT'S, INC., d/b/a<br>MIRAGE WINE & SPIRITS, et al.,<br><br>                            Plaintiffs,<br><br>    v.<br><br>APPLE INC., et al.,<br><br>                            Defendants. | Case No. 3:23-cv-3942-DWD<br><br>Hon. David W. Dugan |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION
## <u>AND ADDRESS OF COUNSEL</u>

TO THE CLERK OF THE COURT AND ALL PARTIES:

      PLEASE TAKE NOTICE that Yifan (Kate) Lv, counsel for Plaintiffs in the above-captioned matter, is no longer affiliated with Korein Tillery. Ms. Lv is now affiliated with the law firm of Burke LLP. All future notices, filings, and correspondence should be directed to the attention of Ms. Lv at:

**BURKE LLP**
402 West Broadway, Suite 1890
San Diego, California 92101
Telephone: 619-369-8244
klv@burke.law

Dated: February 17, 2025                           Respectfully submitted,

                                                          <u>/s/ *Yifan (Kate) Lv*</u>
                                                          Yifan (Kate) Lv
                                                          **BURKE LLP**
                                                          402 West Broadway, Suite 1890
                                                          San Diego, California 92101
                                                          Telephone: 619-369-8244
                                                          klv@burke.law

                                                          *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2025, I electronically transmitted the forgoing document to the Clerk's Office using the CM/ECF system, causing the document to be electronically served on all attorneys of record.

/s/ *Yifan (Kate) Lv*
Yifan (Kate) Lv