**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MIRAGE WINE + SPIRIT'S, INC., d/b/a MIRAGE WINE & SPIRITS; MARTLET MEADOWS FARM, LLC, d/b/a DOUBLE BUBBLE CAR WASH; PARCELLE LLC, d/b/a PARCELLE ORGANICS; FOGGY BOTTOM BOYS, LLC; and FAMILIA COFFEE, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiffs,<br>    v.<br>APPLE INC., VISA INC., and MASTERCARD INCORPORATED,<br>                              Defendants. | Case No. 3:23-cv-3942-DWD<br><br>Hon. David W. Dugan |

**JOINT MOTION TO AMEND THE STIPULATED PROTOCOL FOR THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION**

Mirage Wine + Spirits, Inc., d/b/a Mirage Wine & Spirits; Martlet Meadows Farm, LLC, d/b/a Double Bubble Car Wash; Parcelle LLC, d/b/a Parcelle Organics; Foggy Bottom Boys, LLC, and Familia Coffee, ("Plaintiffs") and Apple Inc., Visa Inc., and Mastercard Incorporated, ("Defendants"), (collectively "Parties"), by and through their undersigned counsel, jointly move the Court for entry of the proposed Amended Stipulated Protocol for the Discovery of Electronically Stored Information ("ESI Protocol"), attached as Exhibit A.

In support of this Joint Motion, the Parties state as follows:

1. The Parties met and conferred regarding the specific mechanisms for the discovery and production of ESI in this matter.

2. As required by the Scheduling Order, the Parties then submitted a proposed Stipulated Order on Protocol for Discovery of ESI directly to the Court on September 27, 2024. (Scheduling and Disc. Order, ECF. No. 112 at 2).

3. The Court entered the proposed ESI Protocol on October 8, 2024 (ECF No. 126).

4. To facilitate an efficient and economical discovery process requiring minimal Court involvement, the ESI Protocol incorporates specific language streamlining the amendment process. (ECF No. 126 at ¶¶ 8, 9).

5. When there is no dispute over the proposed modifications, the Parties may amend the ESI Protocol by submitting another "Stipulated Order of the Parties." *Id.*

6. In response to Plaintiffs' questions about technical aspects of Defendants' internal e-discovery processes and the availability of certain metadata fields, the Parties continued to discuss certain production formatting after the Court entered the original ESI Protocol.

7. The Parties have now reached agreement on amendments to the ESI Protocol that address Plaintiffs' questions and respectfully request that the Court enter an amended version of the ESI Protocol memorializing these modifications.

8. The Proposed Amended Stipulated Order on Protocol for Discovery of Electronically Stored Information is being contemporaneously submitted to the proposed documents mailbox for United States District Judge David Dugan.

THEREFORE, for the foregoing reasons, the Parties respectfully ask the Court to grant this Joint Motion and enter the Proposed Amended Stipulated Order on Protocol for Discovery of Electronically Stored Information.

Date:  March 13, 2025                              Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Robin A. van der Meulen*
Robin A. van der Meulen (admitted *pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
rvandermeulen@scott-scott.com

Patrick J. McGahan (admitted *pro hac vice*)
Peter Cherepanov (admitted *pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
pmcgahan@scott-scott.com
pcherepanov@scott-scott.com

Sean Russell (admitted *pro hac vice*)
Jonathan Smallwood (admitted *pro hac vice*)
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
srussell@scott-scott.com
jsmallwood@scott-scott.com

**ROBINS KAPLAN LLP**

K. Craig Wildfang
Thomas J. Undlin
Stacey P. Slaughter
Ryan R. Marth
Geoffrey H. Kozen
Navy Thompson
800 Lasalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
kcwildfang@RobinsKaplan.com
tundlin@RobinsKaplan.com
sslaughter@RobinsKaplan.com
rmarth@RobinsKaplan.com
gkozen@RobinsKaplan.com
nthompson@RobinsKaplan.com

3

**BURKE LLP**

Christopher M. Burke
Yifan (Kate) Lv
402 West Broadway, Suite 1890
San Diego, CA 92101
Telephone: (619) 369-8244
cburke@burke.law
klv@burke.law

**BURROUGHS LAW GROUP, PC**

Amelia F. Burroughs
P.O. Box 1154
Ferndale, CA 95536
Telephone: (707) 786-3955
amelia@burroughslegal.com

**GUSTAFSON GLUEK PLLC**

Michelle J. Looby
Abou B. Amara, Jr.
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
mlooby@gustafsongluek.com
aamara@gustafsongluek.com

**KOREIN TILLERY LLC**

Stephen M. Tillery (Ill. Bar No. 2834995)
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Telephone: (314) 241-4844
stillery@koreintillery.com

*Attorneys for Plaintiffs and the Proposed Class*

**LATHAM & WATKINS LLP**

*/s/ Belinda S Lee*
Belinda S Lee (admitted *pro hac vice*)
Sarah M. Ray (admitted *pro hac vice*)
Ashley M. Bauer (admitted *pro hac vice*)

4

Aaron T. Chiu (admitted *pro hac vice*)
Alicia R. Jovais (admitted *pro hac vice*)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
belinda.lee@lw.com
sarah.ray@lw.com
ashley.bauer@lw.com
aaron.chiu@lw.com
alicia.jovais@lw.com

Gary Feinerman (IL Bar No. 6206906)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
gary.feinerman@lw.com

*Counsel for Defendant Apple Inc.*

**HOLWELL SHUSTER & GOLDBERG LLP**

*/s/ Michael S. Shuster*
Michael S. Shuster (admitted *pro hac vice*)
Demian A. Ordway (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: (646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

Robert J. Vizas
Three Embarcadero Center, Tenth Floor
San Francisco, CA 94111-4024
Tel: (415) 471.3100
robert.vizas@arnoldporter.com
Anne P. Davis (admitted *pro hac vice*)
Matthew A. Eisenstein (admitted *pro hac vice*)
Rosemary Szanyi (admitted *pro hac vice*)
Michael A. Rubin (admitted *pro hac vice*)
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

rosemary.szanyi@arnoldporter.com

*Counsel for Defendant Visa Inc.*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Brette Tannenbaum*
Brette Tannenbaum (admitted *pro hac vice*)
Nina Kovalenko (admitted *pro hac vice*)
Gary R. Carney (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com
gcarney@paulweiss.com

Donna M. Ioffredo (admitted *pro hac vice*)
2001 K Street, NW
Washington, D.C. 20006-1047
Telephone: (202) 223-7300
dioffredo@paulweiss.com

*Counsel for Defendant Mastercard Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Robin A. van der Meulen*
Robin A. van der Meulen (admitted *pro hac vice*)