IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MIRAGE WINE + SPIRITS, INC., ET AL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 3:23-cv-3942-DWD |
| ) | |
| APPLE INC., ET AL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on August 11, 2025 (Doc. 180), as well as the Stipulation of Dismissal (Doc. 179), this matter is **DISMISSED with prejudice** with each party to bear their own costs and fees pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Accordingly, this case is closed.

**IT IS SO ORDERED.**

**DATED: August 12, 2025**

                                    MONICA A. STUMP, Clerk of Court

                                    *s/ Dana M. Winkeler*
                                    **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**